**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Freedom Home Mortgage, Corp., | ) | No. CV 14-912-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Betty Ramos; et al., | ) | |
| Defendants. | ) | |

On May 5, 2014, the Court ordered Defendant, who removed this case to federal court, to file a supplement to the notice of removal which established federal subject matter jurisdiction by May 23, 2014, or the Court would remand this case. Defendant failed to file the required supplement.

Further, On May 13, 2014, Plaintiff moved to remand this case arguing there was no federal subject matter jurisdiction. Defendant failed to respond to that motion.

Because Defendant has failed to establish a basis for federal subject matter jurisdiction,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that Defendant's motion to remand (Doc. 11) is granted. This case is remanded to Maricopa County Superior Court.

DATED this 1st day of July, 2014.

James A. Teilborg
Senior United States District Judge